UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 3:10-bk-08286-PMG

SARAH L. BURKS,

    Debtor.

_____

## NOTICE OF INTENTION TO SELL ESTATE'S INTEREST IN PROPERTY AT PRIVATE SALE
## NOTICE OF OPPORTUNITY TO OBJECT

> **Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest filed an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of Court at 300 N. Hogan Street, Ste 3-350, Jacksonville, Florida 32202, and serve a copy on Aaron R. Cohen, Trustee, Post Office Box 4218, Jacksonville, FL 32201.**
>
> **If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

    COMES NOW **AARON R. COHEN**, the duly acting and qualified Trustee of the above estate and hereby gives notice of his intention to sell to the debtor at private sale the estate's interest in non-exempt property consisting of a 1999 Jeep Wrangler Sahara with 45,000 miles valued by the debtor at $7,000.00. The Trustee does not dispute the debtor's value; no appraisal was performed by the estate. The Debtor exempted $1,000.00 equity in the Jeep under FSA§222.25(1). The Trustee intends to sell to the Debtor the non-exempt equity in the Jeep for $4,800.00.

    The sale will be for the sum of $4,800.00. The estate has received the funds.

    The Trustee believes that this sale is in the best interest of the estate and that more money will be received for distribution to creditors from a buyback arrangement rather than through liquidation.

    The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the estate and distributed according to the Bankruptcy

Code.

The Trustee will entertain higher bids for the purchase of the tangible personal property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the trustee, at the address listed below no later than the close of business on twenty (20) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date that the trustee can arrange such an auction.

/s/ Aaron R. Cohen

**AARON R. COHEN**
Chapter 7 Trustee
Post Office Box 4218
Jacksonville, Florida  32201
(904) 389-7277; Fax (904) 389-7273
Florida Bar I.D. No.  558230

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by United States Mail on this 2 day of November 2011 to all parties in interest as per the attached matrix (matrix not forwarded to all parties).

/s/ Aaron R. Cohen

**AARON R. COHEN**